# UNITED STATES DISTRICT COURT
# FOR WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

_____

K. A.,

       Plaintiffs,

       **V.**                                Case No. 4:18-cv-00516-RK

Children's Mercy Hospital,

       Defendant.

## JUDGMENT IN A CIVIL ACTION

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___X___ **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

      The Court finds Defendant has not shown the amount in controversy is satisfied by a preponderance of the evidence for CAFA jurisdiction. Accordingly, Plaintiff's Motion to Remand (doc. 13) is GRANTED, and this case is REMANDED to the Circuit Court of Jackson County.

      IT IS SO ORDERED.

Dated: December 10, 2018                              /s/ Paige Wymore-Wynn
                                                                   Clerk of the Court

Entered: December 10, 2018                           /s/ LaTandra Wheeler
                                                                   Deputy Clerk